IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIRIAM L. CHAMPY, | : | CASE NO. 5-19-04802-RNO |
| | : | |
| DEBTOR. | : | |

**PRAECIPE TO WITHDRAW TRUSTEE'S ANSWER
TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

To the Clerk:

Kindly withdraw the Trustee's Answer to Motion for Relief From Automatic Stay filed in the above-captioned action on December 24, 2019, (Dkt. No. 13). Movant's counsel, Kevin Buttery, Esquire, consents to said withdrawal.

**LAW OFFICES OF MARK J. CONWAY, P.C**

/s/ Mark J. Conway
Mark J. Conway, Trustee
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377
Counsel for Chapter 7 Trustee

DATED: January 15, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| | : | |
| **MIRIAM L. CHAMPY,** | : | **CASE NO. 5-19-04802-RNO** |
| | : | |
| **DEBTOR.** | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal hereby certify that I have caused to be served this 15th day of January, 2020, a true and correct copy of the Praecipe to Withdraw Trustee's Answer to Motion for Relief From Automatic Stay using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Dept. of Justice
228 Walnut Street
Suite 1190
Harrisburg, PA 17101-1722
ustpregion03.ha.ecf@usdoj.gov

Kevin Buttery, Esquire
RAS Citron, LLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
kbuttery@rascrane.com

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350
Facsimile (570) 343-5377