UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CHAPTER 7
        CASE NO.: 5:19-bk-04802-RNO

Miriam L. Champy

    Debtor,

_____/

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee for Residential Accredit
Loans, Inc., Mortgage Asset-Backed Pass-Through
Certificates, Series 2007-QH3,

    Movant,

v.

Miriam L. Champy
Mark J. Conway

    Respondents.

_____/

## ORDER OF COURT

AND NOW, upon consideration of DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH3's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), it is

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH3; and it is further

ORDERED, that DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH3, its successors and/or assignes be entitled to proceed with appropriate state court remedies against the property located at 100 Beach Place, Shohola, PA 18458, including without limitation a sheriff's sale of the property.

Dated: January 16, 2020

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge  BI